KANSAS CITY COCA COLA BOTTLING COMPANY, Appellant, v. Nancy McINTYRE, by Russell McIntyre, her next friend.

No. 14192.

United States Court of Appeals
Eighth Circuit.

Oct. 2, 1950.

Henry Depping and Hale Houts, Kansas City, Mo., for appellant.

John W. Oliver and Caldwell, Downing, Noble & Garrity, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, without taxation of costs in this Court in favor of either of the parties, etc., on stipulation of parties. 85 F.Supp. 708.

KANSAS CITY COCA COLA BOTTLING COMPANY, Appellant, v. Russell McINTYRE and Grace McIntyre.

No. 14193.

United States Court of Appeals
Eighth Circuit.

Oct. 2, 1950.

Henry Depping and Hale Houts, Kansas City, Mo., for appellant.

John W. Oliver and Caldwell, Downing, Noble & Garrity, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, without taxation of costs in this Court in favor of either of the parties, etc., on stipulation of parties. 85 F.Supp. 708.

Erick WEIDEMAN and Roscoe Sawlan, Appellants, Lester W. HICKS, Appellant, v. Frank WARE, Appellee.

Nos. 11101, 11102.

United States Court of Appeals
Sixth Circuit.

Oct. 6, 1950.

Edward N. Barnard, Detroit, Mich., Theodore E. Robbins, Detroit, Mich., for appellants Weidman and another.

Davidson & Kaess, Detroit, Mich., George Gottshall, Detroit, Mich., for appellant Hicks.

Elmer H. Groefsema, Detroit, Mich., for appellee.

Before SIMONS, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This appeal was heard upon the record, briefs and arguments of counsel for respective parties;

And the Court being of the opinion that there was substantial evidence of negligence on the part of the appellant Weideman as well as on the part of the appellant Hicks, and that the trial Judge was correct in submitting such issue to the jury with respect to both of said appellants;

And no prejudicial error appearing from the record;

It is ordered that the judgment of the District Court be and is affirmed.